## BULLOCK v. SOUTH CAROLINA.

No. 78. Argued January 9, 1961.—Decided February 20, 1961.

*Matthew J. Perry* argued the cause for petitioner. With him on the brief were *Lincoln C. Jenkins, Jr.* and *Donald James Sampson.*

*Robert L. Kilgo* argued the cause for respondent. With him on the brief were *Daniel R. McLeod,* Attorney General of South Carolina, *Everett N. Brandon,* Assistant Attorney General, and *S. Norwood Gasque.*

PER CURIAM.

After hearing oral argument and fully examining the record which was only partially set forth in the petition for certiorari, we conclude that the totality of circumstances as the record makes them manifest did not warrant bringing the case here. Accordingly, the writ is dismissed.